# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DIXON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OLDCASTLE INFRASTRUCTURE, INC.,<br><br>    Defendant. | Case No.  1:23-cv-00876-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>SIXTY DAY DEADLINE |

On August 16, 2024, a notice of settlement was filed informing the Court that the parties have reached an agreement in principle to settle this action.

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     The parties shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **August 19, 2024**

_____

UNITED STATES MAGISTRATE JUDGE

1