# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DIXON, et al., | Case No. 1:23-cv-00876-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| OLDCASTLE INFRASTRUCTURE, INC., | |
| Defendant. | (ECF No. 14) |
| | **OCTOBER 25, 2024 DEADLINE** |

On August 16, 2024, a notice of settlement was filed informing the Court that the parties had reached an agreement in principle to settle this action. (ECF No. 13.)  On August 19, 2024, the Court ordered that the parties file dispositional documents within sixty (60) days, or no later than October 18, 2024.  Dispositional documents were not filed by the ordered deadline.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than October 25, 2024**, why monetary sanctions should not issue for the failure to file dispositional documents as required by this Court's August 19, 2024 order (ECF No. 14); and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **October 22, 2024**

UNITED STATES MAGISTRATE JUDGE