# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DIXON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OLDCASTLE INFRASTRUCTURE, INC.,<br><br>Defendant. | Case No. 1:23-cv-00876-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 15, 16, 17) |

On August 16, 2024, Plaintiffs filed a notice of settlement of this action. (ECF No. 13.) The Court ordered that dispositional documents be filed within sixty days, or by October 18, 2024. (ECF No. 14.) On October 22, 2024, the Court issued an order to show cause as neither dispositional documents, nor a request for extension, was filed by the deadline. (ECF No. 15.) On October 25, 2024, the parties filed a joint response to the Court's order to show cause. (ECF No. 16.) Given the parties' representations, the Court shall discharge the order to show cause.

On October 25, 2024, the parties filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 17.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The October 22, 2024 order requiring the parties to show cause (ECF No. 15) is DISCHARGED; and
2. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **October 25, 2024**

UNITED STATES MAGISTRATE JUDGE